# EXHIBIT 2

# Smile Daddy - Package of 6
Part Number BH-45

