IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SCRUB DADDY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civ. Action No. 3:14-cv-00055 |
| | ) | |
| v. | ) | Varlan/Guyton |
| | ) | |
| DEBRA CIKOVIC, d/b/a | ) | |
| Belleza Jewelry, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

The Plaintiff, Scrub Daddy, Inc. pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, hereby moves for the entry of a judgment by default against Defendant Debra Cikovic, d/b/a Belleza Jewelry.

Defendant has failed to answer the complaint, or otherwise appear or defend. As a result, Plaintiff requests entry of default judgment against Defendant, as well as, a permanent injunction against Defendant's infringing activitiy, plus Plaintiff's attorney's fees and costs.

In support of its Motion, Plaintiff relies upon the record in this case and the contemporaneously filed Memorandum of Law and Facts.

WHEREFORE, Plaintiff Scrub Daddy, Inc. requests entry of an Order granting Plaintiff's Motion for Default Judgment, as well as injunctive relief, attorney's fees and costs.

Dated:  July 1, 2014

Respectfully submitted,

DICKINSON WRIGHT PLLC


s/ Autumn L. Gentry
Autumn L. Gentry (No. 20766)
Fifth Third Center, Suite 1401
424 Church Street
Nashville, TN 37219-2392
Phone:  615.244.6538
Fax:     615.256.8386
Email:  agentry@dickinsonwright.com

*Attorneys for Plaintiff Scrub Daddy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2014, a true and exact copy of the foregoing has been served upon filing users through the Electronic Filing System, and upon those parties not served through the Electronic Filing System, via U.S. Mail, postage paid, to:

Debra Cikovic
2445 Poppywood Rd.
Knoxville, TN 37932

and

12309 Pittman Drive
Knoxville, TN 37932


/s/ Autumn L. Gentry
Autumn L. Gentry

NASHVILLE 58257-1 497458v1